IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RANDALL H. RUSSELL, | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) Case No. 2:18-CV-02144-KHV-JPO |
| KIEWIT CORPORATION | ) |
| KIEWIT POWER CONSTRUCTORS CO. | ) |
| KIEWIT ENERGY GROUP INC. | ) |
| KIEWIT ENGINEERING GROUP INC. | ) |
| JOHN JENNINGS | ) |
| DAVID FLICKINGER | ) |
| JASON HEFLEY | ) |
|     Defendants. | ) |

# ORDER

Plaintiff has informally requested that the 30-day deadline for filing a motion to compel regarding Defendants' initial responses to Plaintiff's interrogatories and document requests be suspended, and a new agreed deadline be included within the joint motion to be filed with the Court pursuant to Doc. 28. Defendants agree to this request and this Order.

**THEREFORE,** for good cause shown, the Court suspends the above-referenced deadline of February 21, 2019, and orders that the parties include a proposed new motion to compel deadline as part of their filing pursuant to Doc. 28.

**IT IS SO ORDERED.**

Dated February 21, 2019, at Kansas City, Kansas.

                                               s/ James P. O'Hara
                                               James P. O'Hara
                                               U.S. Magistrate Judge