IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

RANDALL H. RUSSELL,

    Plaintiff,

v.

KIEWIT CORPORATION
KIEWIT POWER CONSTRUCTORS CO.
KIEWIT ENGERY GROUP INC.
KIEWIT ENGINEERING GROUP INC.
JOHN JENNINGS
DAVID FLICKINGER
JASON HEFLEY,

    Defendants.

CASE NO. 2:18-cv-02144

ORDER EXTENDING DEADLINE IN ECF NO. 28

    The parties have requested additional time to comply with the court's February 11, 2019 Order (ECF No. 28). In light of ongoing attempts to address the issues outlined in ECF No. 28, and to otherwise narrow the scope of the discovery disputes, the court grants the request and orders that the parties shall have until March 18, 2019 to comply with the court's order. The parties shall contact the court by March 18, 2019 to arrange a conference call to discuss any unresolved discovery issues.

    IT IS SO ORDERED.

    Dated this 6th day of March 2019.

    s/ James P. O'Hara
    James P. O'Hara
    U.S. Magistrate Judge