IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

RANDALL H. RUSSELL,

        Plaintiff,

v.                                    Case No. 18-2144-KHV

KIEWIT ENERGY GROUP, INC., et al.,

        Defendants.

## AMENDED SCHEDULING ORDER

Pursuant to the court's directive at the February 11, 2019 status conference (*see* ECF No. 28), the parties have filed a joint motion (ECF No. 33) to amend the scheduling order filed on September 4, 2018 (ECF No. 17). For good cause shown, the motion is granted and the scheduling order is amended as follows:[1]

    a.    Plaintiff's motion to compel regarding defendants' initial responses to plaintiff's discovery requests is due by **April 12, 2019**.

    b.    All discovery shall be commenced or served in time to be completed by **July 26, 2019.** But discovery on ESI issues, which the parties agree shall be completed before plaintiff's deposition, must be commenced or served in time to be completed by **May 1, 2019.**

---

[1] The court has modified the dates proposed by the parties to account for the court's preference that pretrial orders are entered prior to the deadline for dispositive motions.

c. The final pretrial conference is rescheduled from April 18, 2019, to **August 14, 2019, at 2:00 p.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **August 5, 2019**, the parties shall submit their proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*. It shall be in the form available on the court's website (*www.ksd.uscourts.gov*), and the parties shall affix their signatures according to the procedures governing multiple signatures set forth in paragraphs II(C)(2)(a) & (b) of the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

d. The deadline for filing all other potentially dispositive motions is **August 29, 2019.**

e. After consulting with the presiding district judge, the case is reset for trial on a trial calendar that will begin on **April 6, 2020 at 9:00 a.m.** The trial setting may be changed only by order of the judge presiding over the trial.

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated March 19, 2019, at Kansas City, Kansas.

s/ James P. O'Hara

2

O:\ORDERS\18-2144-KHV-33.DOCX

James P. O'Hara
U.S. Magistrate Judge